UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for The Bank of New York Mellon f/k/a*
*The Bank of New York as Indenture trustee for*
*CWHEQ Revolving Home Equity Loan Trust,*
*Series 2006-I*

In Re:

**Everaldo DeSouza and Joy DeSouza,**

                    Debtor(s).

Case No.: 24-15137-SLM

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of The Bank of New York Mellon f/k/a The Bank of New York as

Indenture trustee for CWHEQ Revolving Home Equity Loan Trust, Series 2006-I.  Request is made that

the documents   filed in this case and identified below be served on the undersigned at this address:

      ADDRESS:
              Padgett Law Group
              6267 Old Water Oak Road, Suite 203
              Tallahassee, FL 32312

      DOCUMENTS:

☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☑  All documents and pleadings of any nature.

                          By:*/s/ Joshua I. Goldman*

Dated: July 23, 2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for The Bank of New York Mellon f/k/a*
*The Bank of New York as Indenture trustee for*
*CWHEQ Revolving Home Equity Loan Trust,*
*Series 2006-I*

In Re:

**Everaldo DeSouza and Joy DeSouza**,

                    Debtor(s).

Case No.: 24-15137-SLM

Chapter: 13

Judge: Stacey L. Meisel

## CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg:
   - ☐ represent _____ in the above-captioned matter.
   - ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.
   - ☐ am the _____ in the above case and am representing myself.
1. On <u>July 23, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                                        */s/* Catherine Rusteberg_____
Dated:  July 23, 2024                    Catherine Rusteberg

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Everaldo DeSouza**<br>155 Race Street<br>Elizabeth, NJ 07202 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Joy DeSouza**<br>155 Race Street<br>Elizabeth, NJ 07202 | Joint Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Donald C. Goins**<br>Goins & Goins, L.L.C.<br>323 Washington Avenue<br>Elizabeth, NJ 07202 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Marie-Ann Greenberg**<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.