UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, et al.

In Re:

Everaldo DeSouza & Joy DeSouza

Debtors.

Case No.:     24-15137-SLM
Chapter:     13
Hearing Date:     08/14/2024
Judge:     Meisel

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 15)

_____

Date: 08/08/2024                                        /s/ Denise Carlon
                                                                        Signature

*rev.8/1/15*