| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>    EVERALDO DESOUZA<br>    JOY DESOUZA |

Order Filed on August 19, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  24-15137

Hearing Date:  08/14/2024

Judge:  STACEY L. MEISEL

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: August 19, 2024

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): EVERALDO DESOUZA
JOY DESOUZA

Case No.: 24-15137SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 08/14/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 8/14/2024 of the plan filed on 06/17/2024, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 08/28/2024 or the case will be dismissed; and it is further

ORDERED, that the Debtor(s) must become current with plan payments to the Trustee's office through August 2024 and same must be recorded and posted by the Trustee by 9/4/2024 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.