```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
Caption in Compliance with D.N.J. LBR 9004-2(c)
DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
dcgoins1@gmail.com
Attorney for the Debtors

In Re:
Everaldo DeSouza and Joy DeSouza,

Case No.: 24-15137
Judge: SLM
Chapter: 13

Recommended Local Form:   ☑ Followed   ☐ Modified

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Joy DeSouza_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on __October 9, 2024 at 10:00 am__.

2. The above named Debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: October 3, 2024

/s/ Everaldo DeSouza
Signature of Debtor

DATED: October 3, 2024

/s/ Joy DeSouza
Signature of Joint Debtor

new.5/23/06;jml