DONALD C GOINS, ESQ
GOINS & GOINS, LLC
323 WASHINGTON AVE
ELIZABETH, NJ  07202

| | | |
|---|---|---|
| Re:  EVERALDO DESOUZA<br>JOY DESOUZA<br>155 RACE STREET<br>ELIZABETH, NJ 07202 | | Atty:  DONALD C GOINS, ESQ<br>GOINS & GOINS, LLC<br>323 WASHINGTON AVE<br>ELIZABETH, NJ 07202 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-15137

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $19,344.00**

### RECEIPTS AS OF 01/01/2025           (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/15/2024 | $806.00 | | 09/05/2024 | $403.00 | |
| 09/30/2024 | $403.00 | | 10/28/2024 | $403.00 | |
| 12/02/2024 | $403.00 | | 12/31/2024 | $403.00 | |

**Total Receipts: $2,821.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,821.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025           (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 153.14 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,563.00 | 100.00% | 2,563.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE NA | UNSECURED | 2,577.43 | * | 0.00 | |
| 0002 | RESURGENT RECEIVABLES, LLC | UNSECURED | 3,625.72 | * | 0.00 | |
| 0003 | CAVALRY SPV I LLC | UNSECURED | 2,748.61 | * | 0.00 | |
| 0004 | CHILD SMILES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITI MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DISCOVER BANK | UNSECURED | 5,283.67 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,908.15 | * | 0.00 | |
| 0008 | SYNCHRONY BANK | UNSECURED | 4,084.02 | * | 0.00 | |
| 0009 | MTA BRIDGES & TUNNEL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CITIBANK NA | UNSECURED | 3,174.18 | * | 0.00 | |
| 0011 | PREFERRED CREDIT , INC. | UNSECURED | 5,987.92 | * | 0.00 | |
| 0012 | REMEX, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | SANTANDER CARD SERVICES PROCESSI | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | SANTANDER BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 24-15137**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | SELECT PORTFOLIO SERVICING, INC | (NEW) Prepetition | 13,968.56 | 100.00% | 26.10 | |
| 0016 | NEWREZ LLC | (NEW) Prepetition | 42,154.19 | 100.00% | 78.76 | |
| 0017 | RESURGENT RECEIVABLES, LLC | UNSECURED | 994.10 | * | 0.00 | |
| 0018 | CITIBANK NA | UNSECURED | 5,523.00 | * | 0.00 | |
| 0019 | RESURGENT RECEIVABLES, LLC | UNSECURED | 599.06 | * | 0.00 | |
| 0020 | TARGET CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | TRANSWORLD SYSTEMS, INS. | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | TRINITAS REGIONAL MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | UNIVERSITY RADIOLOGYGROUP, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | CITIBANK NA | UNSECURED | 2,841.91 | * | 0.00 | |
| 0030 | RESURGENT RECEIVABLES, LLC | UNSECURED | 1,133.07 | * | 0.00 | |
| 0031 | TD BANK USA, N.A. | UNSECURED | 3,562.46 | * | 0.00 | |

**Total Paid:  $2,821.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $2,821.00      -      Paid to Claims: $104.86      -      Admin Costs Paid: $2,716.14      =      Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.