UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

EVERALDO DESOUZA
JOY DESOUZA

Case No.: 24-15137

Adv. No.:

Hearing Date:

Judge:  SLM

## CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 04/15/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
EVERALDO DESOUZA
JOY DESOUZA
155 RACE STREET
ELIZABETH, NJ  07202
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DONALD C GOINS, ESQ
GOINS & GOINS, LLC
323 WASHINGTON AVE
ELIZABETH, NJ  07202
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  April 15, 2025

By:  /S/  Sheila Alvarado
Sheila Alvarado