UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
dcgoins1@gmail.com
Attorney for the Debtors

In Re:
Everaldo DeSouza & Joy DeSouza,

**Order Filed on September 24, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 24-15137 |
| Chapter: | 13 |
| Judge: | SLM |

## LOSS MITIGATION ORDER

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: September 24, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

☒  A Notice of Request for Loss Mitigation was filed by the debtor on ___August 26, 2025___ .

☐  A Notice of Request for Loss Mitigation was filed by the creditor,

_____ on _____ .

☐  The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property: ___155 Race Street, Elizabeth NJ 07202___

Creditor: ___NewRez, LLC d/b/a Shellpoint Mortgage Servicing___

☐ It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

XX It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

- The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound by the court's *Loss Mitigation Program and Procedures* (LMP).

- The Loss Mitigation process shall terminate on __12/23/2025__ (90 days from the date of entry of this order, unless an *Application for Extension or Early Termination of the Loss Mitigation Period* is filed under Section IX.B of the LMP.)

- The debtor must make monthly adequate protection payments to the creditor during the Loss Mitigation Period in the amount of __$463.46__ on the due date set forth in the note, including any grace period.   See Section VII.B. of the LMP.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if such a motion is filed during the loss mitigation period, the court may condition the stay upon compliance by the debtor with the fulfillment of the debtor's obligations under the Loss Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the creditor may apply to terminate the Order as specified in Section IX.B. of the LMP and to obtain relief from the stay.

- Extension or early termination of the LMP may be requested as specified in Section IX.B of the LMP.

- If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

XX It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 14 days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

☐ It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 14 days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*rev.12/17/19*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-15137-SLM

Everaldo DeSouza                                                                                          Chapter 13

Joy DeSouza

        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

**Recip ID                        Recipient Name and Address**
db/jdb                         +  Everaldo DeSouza, Joy DeSouza, 155 Race Street, Elizabeth, NJ 07202-3215

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

**Name                                Email Address**

Denise E. Carlon
                            on behalf of Creditor Wells Fargo Bank  N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust
                            Mortgage Loan Pass-Through Certificates, Series 2006-12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donald C. Goins
                            on behalf of Joint Debtor Joy DeSouza dcgoins1@gmail.com
                            goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Donald C. Goins
                            on behalf of Debtor Everaldo DeSouza dcgoins1@gmail.com
                            goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Joshua I. Goldman
                            on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving
                            Home Equity Loan Trust  Series 2006-I josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 24, 2025                        Form ID: pdf903                            Total Noticed: 1

Marie-Ann Greenberg
                          magecf@magtrustee.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6