Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−15137−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Everaldo DeSouza
155 Race Street
Elizabeth, NJ 07202

Joy DeSouza
155 Race Street
Elizabeth, NJ 07202

Social Security No.:
xxx−xx−4379

xxx−xx−4427

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 8, 2025.

Dated: October 8, 2025
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-15137-SLM |
| Everaldo DeSouza | Chapter 13 |
| Joy DeSouza | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 08, 2025 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Everaldo DeSouza, Joy DeSouza, 155 Race Street, Elizabeth, NJ 07202-3215 |
| 520265396 | + | Cavalry SPV, LLC, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520265397 | + | Child Smiles, 1124 East Jersey Street, Elizabeth, NJ 07201-2406 |
| 520265407 | + | SANTANDER CARD SERVICES PROCESSING, PO Box 12646, Reading, PA 19612-2646 |
| 520265406 | + | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 520265416 | ++ | TRINITAS REGIONAL MEDICAL CENTER, ATTN TONI LOGIUDICE, 225 WILLIAMSON STREET, ELIZABETH NJ 07202-3625 address filed with court:, Trinitas Regional Medical Center, 225 Williamson St, Elizabeth, NJ 07202-3625 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520265395 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2025 20:58:50 | BJ'S Capital One Bank, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520265394 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 20:59:02 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 520306235 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 08 2025 20:59:24 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520304210 | + | Email/Text: bankruptcy@cavps.com | Oct 08 2025 20:50:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520265398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 20:58:59 | Citi macy's, PO Box 6167, Sioux Falls, SD 57117-6167 |
| 520292218 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 20:58:58 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520265399 | + | Email/Text: mrdiscen@discover.com | Oct 08 2025 20:49:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520272095 | | Email/Text: mrdiscen@discover.com | Oct 08 2025 20:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520265400 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 08 2025 20:58:48 | Khol's Payment Center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 520265401 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 21:11:23 | Lowe's, PO Box 669824, Dallas, TX 75266-0781 |
| 520265403 | ^ | MEBN | | |

|  |  |  | |
|---|---|---|---|
| 520265402 | ^ MEBN | Oct 08 2025 20:45:47 | MTA Bridges & Tunnel, PO Box 15186, Albany, NY 12212-5186 |
| 520399399 | + Email/Text: mtgbk@shellpointmtg.com | Oct 08 2025 20:45:49 | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |
| 520399398 | Email/Text: mtgbk@shellpointmtg.com | Oct 08 2025 20:49:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520322329 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 08 2025 20:49:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 520265404 | Email/Text: banko@preferredcredit.com | Oct 08 2025 20:59:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520315634 | Email/Text: banko@preferredcredit.com | Oct 08 2025 20:49:00 | Preferred Credit , Inc., PO Box 809044, Chicago, IL 60680 |
| 520265405 | + Email/Text: clientservices@remexinc.com | Oct 08 2025 20:49:00 | Preferred Credit, Inc., 628 Roosevelt Rd. Suite #100, St. Cloud, MN 56301 |
| 520324237 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 20:49:00 | Remex, Inc., PO Box 765, Rocky Hill, NJ 08553-0765 |
| 520265408 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 08 2025 20:59:14 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520265409 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 08 2025 20:50:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520342395 | + Email/PDF: ebn_ais@aisinfo.com | Oct 08 2025 20:49:00 | Specialized Loan Servicing, 6200 S. Quebec St. Ste 300, Englewood, CO 80111-4720 |
| 520265410 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 21:11:19 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520341778 | Email/Text: bncmail@w-legal.com | Oct 08 2025 20:59:22 | Synchrony/MC/SYNCB, PO Box 669814, Dallas, TX 75266-0763 |
| 520265414 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 20:50:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520265411 | + Email/Text: bncmail@w-legal.com | Oct 08 2025 20:59:09 | TJX Rewards Credit Card, PO Box 669818, Dallas, TX 75266-0772 |
| 520317666 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 08 2025 20:49:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 520265412 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 20:49:00 | The Bank of New York Mellon Trustee (See 410), c/o Newrez LLC, dba Shellpoint Mortgage Servicing, (fka Specialized Loan Servicing LLC), 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520265415 | + Email/Text: bankruptcydepartment@tsico.com | Oct 08 2025 21:10:41 | The Home Depot, PO Box 70600, Philadelphia, PA 19176-0600 |
| 520265417 | ^ MEBN | Oct 08 2025 20:50:00 | Transworld Systems, Ins., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 520344970 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 08 2025 20:44:59 | University RadiologyGroup, LLC, PO Box 999, Yorktown Heights, NY 10598-0999 |
|  |  | Oct 08 2025 20:50:00 | Wells Fargo Bank, N.A., at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520265413 | * | THE HOME DEPOT, PO Box 70600, Philadelphia, PA 19176-0600 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025                  Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Joint Debtor Joy DeSouza dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Donald C. Goins | on behalf of Debtor Everaldo DeSouza dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust Series 2006-I josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6