DONALD C GOINS, ESQ
GOINS & GOINS, LLC
323 WASHINGTON AVE
ELIZABETH, NJ  07202

Re:  EVERALDO DESOUZA
     JOY DESOUZA
     155 RACE STREET
     ELIZABETH,  NJ  07202

Atty:  DONALD C GOINS, ESQ
       GOINS & GOINS, LLC
       323 WASHINGTON AVE
       ELIZABETH, NJ  07202

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 24-15137

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,180.00**

## RECEIPTS AS OF 01/15/2026    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/15/2024 | $806.00 | | 09/05/2024 | $403.00 | |
| 09/30/2024 | $403.00 | | 10/28/2024 | $403.00 | |
| 12/02/2024 | $403.00 | | 12/31/2024 | $403.00 | |
| 01/28/2025 | $403.00 | | 02/28/2025 | $403.00 | |
| 03/28/2025 | $403.00 | | 04/28/2025 | $403.00 | |
| 05/29/2025 | $403.00 | | 06/30/2025 | $403.00 | |
| 07/28/2025 | $403.00 | | 08/28/2025 | $403.00 | |
| 09/29/2025 | $403.00 | | 10/28/2025 | $403.00 | |
| 12/01/2025 | $403.00 | | 12/30/2025 | $403.00 | |

**Total Receipts: $7,657.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $7,657.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| NEWREZ LLC | | | | | | |
| | 01/13/2025 | $78.76 | 938,726 | 02/10/2025 | $284.53 | 940,116 |
| | 03/17/2025 | $284.53 | 941,467 | 03/17/2025 | ($284.53) | 941,467 |
| | 03/17/2025 | $284.53 | 942,834 | 04/14/2025 | $284.53 | 942,938 |
| | 05/12/2025 | $284.53 | 944,364 | 06/16/2025 | $287.56 | 945,764 |
| | 07/14/2025 | $287.56 | 947,223 | 08/18/2025 | $287.56 | 948,655 |
| | 09/16/2025 | $287.56 | 949,920 | 10/20/2025 | $287.56 | 951,345 |
| | 11/17/2025 | $284.53 | 952,824 | 12/15/2025 | $284.53 | 954,224 |
| | 01/12/2026 | $284.53 | 955,665 | | | |

**Chapter 13 Case # 24-15137**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING, INC | | | | | | | |
| | 01/13/2025 | $26.10 | 939,587 | | 02/10/2025 | $94.29 | 940,939 |
| | 03/17/2025 | $94.29 | 942,363 | | 04/14/2025 | $94.29 | 943,809 |
| | 05/12/2025 | $94.29 | 945,254 | | 06/16/2025 | $95.29 | 946,684 |
| | 07/14/2025 | $95.29 | 948,115 | | 08/18/2025 | $95.29 | 949,458 |
| | 09/16/2025 | $95.29 | 950,807 | | 10/20/2025 | $95.29 | 952,280 |
| | 11/17/2025 | $94.29 | 953,718 | | 12/15/2025 | $94.29 | 955,133 |
| | 01/12/2026 | $94.29 | 956,536 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 423.15 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,563.00 | 100.00% | 2,563.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE NA | UNSECURED | 2,577.43 | * | 0.00 | |
| 0002 | RESURGENT CAPITAL SERVICES | UNSECURED | 3,625.72 | * | 0.00 | |
| 0003 | CAVALRY SPV I LLC | UNSECURED | 2,748.61 | * | 0.00 | |
| 0004 | CHILD SMILES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CITI MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | DISCOVER BANK | UNSECURED | 5,283.67 | * | 0.00 | |
| 0007 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,908.15 | * | 0.00 | |
| 0008 | SYNCHRONY BANK | UNSECURED | 4,084.02 | * | 0.00 | |
| 0009 | MTA BRIDGES & TUNNEL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CITIBANK NA | UNSECURED | 3,174.18 | * | 0.00 | |
| 0011 | PREFERRED CREDIT , INC. | UNSECURED | 5,987.92 | * | 0.00 | |
| 0012 | REMEX, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | SANTANDER CARD SERVICES PROCESSII | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | SANTANDER BANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | SELECT PORTFOLIO SERVICING, INC | (NEW) Prepetition / | 13,968.56 | 100.00% | 1,162.58 | |
| 0016 | NEWREZ LLC | (NEW) Prepetition / | 42,154.19 | 100.00% | 3,508.27 | |
| 0017 | RESURGENT CAPITAL SERVICES | UNSECURED | 994.10 | * | 0.00 | |
| 0018 | CITIBANK NA | UNSECURED | 5,523.00 | * | 0.00 | |
| 0019 | RESURGENT CAPITAL SERVICES | UNSECURED | 599.06 | * | 0.00 | |
| 0020 | TARGET CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | THE HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | TRANSWORLD SYSTEMS, INS. | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | TRINITAS REGIONAL MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | UNIVERSITY RADIOLOGYGROUP, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | CITIBANK NA | UNSECURED | 2,841.91 | * | 0.00 | |
| 0030 | RESURGENT CAPITAL SERVICES | UNSECURED | 1,133.07 | * | 0.00 | |
| 0031 | TD BANK USA, N.A. | UNSECURED | 3,562.46 | * | 0.00 | |

**Total Paid:  $7,657.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $7,657.00        -        Paid to Claims: $4,670.85        -        Admin Costs Paid: $2,986.15    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.