**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    EVERALDO DESOUZA
    JOY DESOUZA

Order Filed on February 12, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-15137 SLM**

**Hearing Date:  2/11/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

    The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 12, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): EVERALDO DESOUZA
          JOY DESOUZA

Case No.:  24-15137

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/11/2026 on notice to DONALD C GOINS,

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to Participate in the Court's Loss Mitigation Program by 2/18/2026 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Motion to Participate in the Court's Loss Mitigation Program has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.