Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–15137–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Everaldo DeSouza
155 Race Street
Elizabeth, NJ 07202

Joy DeSouza
155 Race Street
Elizabeth, NJ 07202

Social Security No.:
xxx–xx–4379

xxx–xx–4427

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/26/26 at 10:00 AM

to consider and act upon the following:

*89* – Motion to Approve Loan Modification with Select Portfolio Servicing Filed by Donald C. Goins on behalf of Everaldo DeSouza. Objection deadline is 08/19/2026. (Attachments: # 1 Certification in Support of Motion # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Goins, Donald)

Dated: 8/6/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court