**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Order Filed on September 10, 2026**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

IN RE:

EVERALDO DESOUZA
JOY DESOUZA

**Case No.: 24-15137 SLM**

**Hearing Date: 9/9/2026**

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 10, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): EVERALDO DESOUZA
JOY DESOUZA
Case No.: 24-15137
Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/09/2026 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to address the recent loan modification regarding the 1st mortgage lien and extend time to complete a loan modification regarding the 2nd mortgage lien by 9/23/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file amended schedules I and J and provide the Trustee's office with proof of updated income from all sources by 9/23/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file a Motion to Participate in the Court's Loss Mitigation Program as to the 2nd mortgage by 9/16/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney.