UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, New Jersey 07202
(908) 351-3635
dcgoins1@gmail.com
Attorney for the Debtors

In Re:
Everaldo DeSouza & Joy DeSouza,

Case No.: 24-15137

Chapter: 13

Judge: SLM

**NOTICE OF REQUEST FOR LOSS MITIGATION – BY THE DEBTOR**

I am/ We are the debtor(s) in this case and hereby request loss mitigation with respect to:

Property address:
155 Race Street, Elizabeth NJ 07202

Creditor is the holder of: ☐ first mortgage ☒ second mortgage ☐ third mortgage.

I/We will make adequate protection payments to the above creditor each month in the following amount during the loss mitigation period: See Loss Mitigation Program and Procedures, Section VII.B.

Creditor Shellpoint Mortgage Servicing Amount: $ 480.22 Due date: 10 / 1 / 2026

☐ I/We request to be excused from using the Loss Mitigation Portal due to undue hardship as set forth in detail below:

I understand that if the court orders loss mitigation in this case I am required to comply with the Loss Mitigation Program and Procedures and will participate in good faith. I understand that Loss Mitigation is voluntary, and that I am not required to enter into any agreement or settlement with any other party as part of this Loss Mitigation, and understand that no other party is required to enter into any agreement or settlement with me. I also understand **that I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

**I also certify that the property in question consists only of real property in which I hold a titled interest.**

Date: September 15, 2026

/s/ Everaldo DeSouza
Debtor

Date: September 15, 2026

/s/ Joy DeSouza
Joint Debtor (if any)

**Debtor Information:**

Print full name: Everaldo DeSouza and Joy DeSouza

Mailing address: 155 Race Street, Elizabeth NJ 07202

Telephone number: ______________________

Email address (if any): ______________________

**Debtor's Attorney Information:**

Name: Donald C. Goins, Esq.

Address: 323 Washington Avenue, Elizabeth NJ 07202

Telephone number: 908-351-3635 Fax number: ______________________

Email address (if any): dcgoins1@gmail.com

**Creditor Information: (if known)**

Name: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Address: P.O. Box 10826 Greenville, South Carolina 29603-0826

Telephone number: ______________________ Fax number: ______________________

Email address (if any): ______________________

**Creditor's Attorney Information: (if known)**

Name: Alyk L. Oflazian, Esq. of Padgett Law Group

Address: 6267 Old Water Oak Road, Suite 203 Tallahassee, FL 32312

Telephone number: 850-422-2520 Fax number______________________

Email address (if any): alyk.oflazian@padgettlawgroup.com

**Under Section V. of the *Loss Mitigation Program and Procedures*, a party has 14 days from the filed date of this Request to file with the court, and serve on the debtor, debtor's attorney trustee, and U.S. trustee, an objection to this Request.**

*rev.12/17/19*