Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−15137−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Everaldo DeSouza<br>155 Race Street<br>Elizabeth, NJ 07202 | Joy DeSouza<br>155 Race Street<br>Elizabeth, NJ 07202 |

Social Security No.:

| | |
|---|---|
| xxx−xx−4379 | xxx−xx−4427 |

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on October 8, 2025.

On 09/23/2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date: October 28, 2026
Time: 09:45 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 24, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Everaldo DeSouza
Joy DeSouza
Debtors

Case No. 24-15137-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 24, 2026 Form ID: 185 Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Everaldo DeSouza, Joy DeSouza, 155 Race Street, Elizabeth, NJ 07202-3215 |
| 520265396 | + | Cavalry SPV, LLC, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520265397 | + | Child Smiles, 1124 East Jersey Street, Elizabeth, NJ 07201-2406 |
| 520265407 | + | SANTANDER CARD SERVICES PROCESSING, PO Box 12646, Reading, PA 19612-2646 |
| 520265406 | + | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 520265416 | ++ | TRINITAS REGIONAL MEDICAL CENTER, ATTN TONI LOGIUDICE, 225 WILLIAMSON STREET, ELIZABETH NJ 07202-3625 address filed with court:, Trinitas Regional Medical Center, 225 Williamson St, Elizabeth, NJ 07202-3625 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2026 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2026 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 24 2026 21:46:00 | Wells Fargo Bank, N.A., 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520265395 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 21:43:05 | BJ'S Capital One Bank, PO Box 4069, Carol Stream, IL 60197-4069 |
| 520265394 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 21:55:31 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 520306235 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2026 21:43:32 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520304210 | + | Email/Text: bankruptcy@cavps.com | Sep 24 2026 21:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520265398 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 21:43:54 | Citi macy's, PO Box 6167, Sioux Falls, SD 57117-6167 |
| 520292218 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 21:55:31 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520265399 | + | Email/Text: mrdiscen@discover.com | Sep 24 2026 21:46:00 | Discover, PO Box 70176, Philadelphia, PA 19176-0176 |
| 520272095 | | Email/Text: mrdiscen@discover.com | Sep 24 2026 21:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520265400 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2026 21:42:49 | Khol's Payment Center, PO Box 2983, Milwaukee, |

| | | | |
|---|---|---|---|
| | | | WI 53201-2983 |
| 520265401 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 21:42:39 | Lowe's, PO Box 669824, Dallas, TX 75266-0781 |
| 520265403 | ^ MEBN | Sep 24 2026 21:39:46 | MTA Bridges & Tunnel, PO Box 15186, Albany, NY 12212-5186 |
| 520265402 | ^ MEBN | Sep 24 2026 21:39:17 | Macy's, PO Box 71361, Philadelphia, PA 19176-1361 |
| 520399399 | + Email/Text: mtgbk@shellpointmtg.com | Sep 24 2026 21:46:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520399398 | Email/Text: mtgbk@shellpointmtg.com | Sep 24 2026 21:46:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 520322329 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2026 21:43:30 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520265404 | Email/Text: banko@preferredcredit.com | Sep 24 2026 21:46:00 | Preferred Credit , Inc., PO Box 809044, Chicago, IL 60680 |
| 520315634 | Email/Text: banko@preferredcredit.com | Sep 24 2026 21:46:00 | Preferred Credit, Inc., 628 Roosevelt Rd. Suite #100, St. Cloud, MN 56301 |
| 520265405 | + Email/Text: clientservices@remexinc.com | Sep 24 2026 21:46:00 | Remex, Inc., PO Box 765, Rocky Hill, NJ 08553-0765 |
| 520324237 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 21:43:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520265408 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 24 2026 21:48:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520265409 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 24 2026 21:46:00 | Specialized Loan Servicing, 6200 S. Quebec St. Ste 300, Englewood, CO 80111-4720 |
| 520342395 | + Email/PDF: ebn_ais@aisinfo.com | Sep 24 2026 21:43:33 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520265410 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 21:43:41 | Synchrony/MC/SYNCB, PO Box 669814, Dallas, TX 75266-0763 |
| 520341778 | Email/Text: bncmail@w-legal.com | Sep 24 2026 21:47:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520265414 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 24 2026 21:43:40 | TJX Rewards Credit Card, PO Box 669818, Dallas, TX 75266-0772 |
| 520265411 | + Email/Text: bncmail@w-legal.com | Sep 24 2026 21:47:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 520317666 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 24 2026 21:46:00 | The Bank of New York Mellon Trustee (See 410), c/o Newrez LLC, dba Shellpoint Mortgage Servicing, (fka Specialized Loan Servicing LLC), 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 520265412 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 24 2026 21:55:26 | The Home Depot, PO Box 70600, Philadelphia, PA 19176-0600 |
| 520265415 | + Email/Text: bankruptcydepartment@tsico.com | Sep 24 2026 21:47:00 | Transworld Systems, Ins., 500 Virginia Dr., Suite 514, Fort Washington, PA 19034-2733 |
| 520265417 | ^ MEBN | Sep 24 2026 21:38:52 | University RadiologyGroup, LLC, PO Box 999, Yorktown Heights, NY 10598-0999 |
| 520344970 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 24 2026 21:48:00 | Wells Fargo Bank, N.A., at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520265413 | * | THE HOME DEPOT, PO Box 70600, Philadelphia, PA 19176-0600 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L. Oflazian | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Indenture trustee for CWHEQ Revolving Home Equity Loan Trust Series 2006-I alyk.oflazian@padgettlawgroup.com, BKECF@padgettlawgroup.com |
| Donald C. Goins | on behalf of Debtor Everaldo DeSouza dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Donald C. Goins | on behalf of Joint Debtor Joy DeSouza dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Wells Fargo Bank N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 bkgroup@kmllawgroup.com |
| Nathalie Rodriguez | on behalf of Creditor Wells Fargo Bank N.A., as trustee, on behalf of the holders of the HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor Wells Fargo Bank N.A. nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8